IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    11-cv-00193-MSK-MJW

EIGHTH DISTRICT ELECTRICAL PENSION FUND; and
TRUSTEES OF EIGHTH DISTRICT ELECTRICAL PENSION FUND,

Plaintiff(s),

v.

TPE – TWIN PEAKS ELECTRIC, INC., a Colorado corporation; and
MICHAEL L. HOFFMAN, an individual,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     Plaintiff's Motion to Vacate Scheduling Conference (docket no. 10) is GRANTED. The Rule 16 Scheduling Conference on May 4, 2011, at 8:30 a.m. is VACATED.

     Based upon Judge Krieger's recent Order Granting Plaintiff's Motion to Stay and to Hold Case in Abeyance Pending Settlement Negotiations (docket no. 11), it is FURTHER ORDERED that the Rule 16 Scheduling Conference is reset to August 5, 2011, at 8:30 a.m., in Courtroom A-502, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.   The parties joint Proposed Scheduling Order shall be submitted to the court on or before July 29, 2011.  If the parties should settle this case before the next Rule 16 Scheduling Conference, then the parties shall file their Notice of Settlement with the court.  If the parties are unable to settle this case within the next 90 days then this court hold the Rule 16 Conference.

Date:  May 3, 2011